UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MACHORRO, JR., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASIANA AIRLINES, INC.,<br><br>    Defendant. | Case No.: 13-cv-03286-YGR<br>Related Case Nos.:   13-cv-03489-YGR<br>                                   13-cv-03684-YGR<br>                                   13-cv-03686-YGR<br>                                   13-cv-03687-YGR<br>                                   13-cv-03712-YGR<br>                                   13-cv-03881-YGR<br>                                   13-cv-03895-YGR<br>                                   13-cv-03896-YGR<br><br>**ORDER SPECIALLY SETTING CASE MANAGEMENT CONFERENCE** |

The Court hereby specially sets a Case Management Conference in the above-referenced actions on November 18, 2013 at 10:30 a.m. in Courtroom 5.  The parties shall file a Joint Case Management Conference Statement in accordance with the Court's Standing Order in Civil Cases, Standing Order for All Judges of the Northern District of California, and the Civil Local Rules.

The Court further requests that to the extent possible, the parties in *all* of the related actions prepare a *Comprehensive* Joint Case Management Conference Statement and file the statement in the first-filed action only, *Machorro v. Asiana Airlines, Inc.*  To the extent there are additional issues specific to the other actions which the parties wish to raise for the Court, *Supplemental* Joint Case Management Conference Statements may be filed in the individual actions with that additional information.

The parties shall include in the comprehensive or supplemental statements their proposals for how the Court can facilitate the parties in obtaining an efficient resolution of these actions.  (*See* Standing Order for All Judges of the Northern District of California at no. 20.)

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**